**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1374

EDWARD W. MURPHY,

Petitioner,

versus

KENTUCKY CARBON COAL COMPANY; DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(98-844-BLA, 88-2704-BLA)

Submitted: August 17, 1999          Decided: October 7, 1999

Before ERVIN,* HAMILTON, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward W. Murphy, Petitioner Pro Se.  Ronald Eugene Gilbertson,
KILCULLEN, WILSON & KILCULLEN, Washington, D.C.; Patricia May Nece,
Jill M. Otte, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.,
for Respondents.

---

  * Judge Ervin participated in the consideration of this case
but died prior to the time the decision was filed.  The decision is
filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward W. Murphy seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Murphy v. Kentucky Carbon Coal, BRB No. 98-844-BLA, (B.R.B. Mar. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED